IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RAYMOND K. HEDGESPETH, JR.,

    Plaintiff,                                        ORDER

    v.                                                     09-cv-246-slc

BYRON BARTOW and STEVE WATTERS,

    Defendant.

---

In this case, plaintiff Raymond Hedgespeth has been granted leave to proceed *in forma pauperis* on his First Amendment claim against defendants Byron Bartow and Steve Watters. On March 24, 2010, I granted in part and denied in part plaintiff's second motion to compel discovery (dkt. 47). Now before the court is plaintiff's motion to reconsider this order. Defendant has responded to the motion.

In his motion, plaintiff again seeks to ask more than 25 interrogatories of the defendants, stating that his future requests will be more specific, clear and concise. Defendants fo not object to plaintiff's asking an additional 25 interrogatories. Therefore, I will grant plaintiff's motion for reconsideration and allow him to ask defendants 25 more interrogatories.

That said, I am not changing my March 24, 2010 decision that defendants are not required to answer plaintiff's second set of interrogatories 1-9, 13-17, 18(b), 19, 20(a)-(d), 21(a)-(e), 23 and 24. Also, as defendants point out, plaintiff was not allowed to proceed on his state law claim that he had a right to individualized treatment. Therefore, any interrogatories relating to such a claim cannot be asked in this case.

ORDER

IT IS ORDERED that plaintiff's motion for reconsideration, dkt. #53, is GRANTED as to plaintiff's request to ask defendants 25 additional interrogatories. In all other respects his motion for reconsideration is DENIED.

Entered this 23rd day of April, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge